**PERSONAL AND CHECK INFORMATION**
Dargan M Ware
2001 B 20th St
Northport, AL 35476

Soc Sec #: xxx-xx-xxxx    Employee ID: 29
Home Department: 100 Payroll

Pay Period: 03/16/15 to 03/31/15
Check Date: 03/31/15    Check #: 924

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0550 | 2064.68 | 12388.05 |
| **NET PAY** | **2064.68** | **12388.05** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 2916.67 | | 17500.02 |
| EARNINGS | | | 2916.67 | | 17500.02 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 180.83 | 1085.00 |
| Medicare | | 42.29 | 253.75 |
| Fed Income Tax | S 1 | 488.28 | 2929.68 |
| AL Income Tax | S 1 | 111.42 | 668.52 |
| AL BIRM Inc | | 29.17 | 175.02 |
| **TOTAL** | | 851.99 | 5111.97 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2064.68 | 12388.05 |

Payrolls by Paychex, Inc.

0037 0037-K472  Davis Norris LLP • 2154 Highland Avenue • Birmingham AL  35205 • (205) 776-8931

**PERSONAL AND CHECK INFORMATION**
Dargan M Ware
2001 B 20th St
Northport, AL  35476

**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 29
**Home Department:** 100 Payroll

**Pay Period:** 03/01/15 to 03/15/15
**Check Date:** 03/13/15    **Check #:** 918
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0550 | 2064.67 | 10323.37 |
| **NET PAY** | **2064.67** | **10323.37** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 2916.67 | | 14583.35 |
| | EARNINGS | | | 2916.67 | | 14583.35 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 180.84 | 904.17 |
| | Medicare | | 42.29 | 211.46 |
| | Fed Income Tax | S 1 | 488.28 | 2441.40 |
| | AL Income Tax | S 1 | 111.42 | 557.10 |
| | AL BIRM Inc | | 29.17 | 145.85 |
| | **TOTAL** | | **852.00** | **4259.98** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2064.67** | **10323.37** |

*Payrolls by Paychex, Inc.*

**0037 0037-K472**  Davis Norris LLP • 2154 Highland Avenue • Birmingham AL  35205 • (205) 776-8931

**PERSONAL AND CHECK INFORMATION**
Dargan M Ware
2001 B 20th St
Northport, AL  35476

**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**  29
**Home Department:** 100 Payroll

**Pay Period:**  02/16/15 **to** 02/28/15
**Check Date:**  02/27/15     **Check #:**  912
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0550 | 2064.68 | 8258.70 |
| **NET PAY** | **2064.68** | **8258.70** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 2916.67 | | 11666.68 |
| **EARNINGS** | | | | 2916.67 | | 11666.68 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 180.83 | 723.33 |
| | Medicare | | 42.29 | 169.17 |
| | Fed Income Tax | S 1 | 488.28 | 1953.12 |
| | AL Income Tax | S 1 | 111.42 | 445.68 |
| | AL BIRM Inc | | 29.17 | 116.68 |
| | **TOTAL** | | **851.99** | **3407.98** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2064.68 | 8258.70 |

*Payrolls by Paychex, Inc.*

0037 0037-K472  Davis Norris LLP • 2154 Highland Avenue • Birmingham AL  35205 • (205) 776-8931

**PERSONAL AND CHECK INFORMATION**
Dargan M Ware
2001 B 20th St
Northport, AL  35476

Soc Sec #: xxx-xx-xxxx    Employee ID:  29
Home Department: 100 Payroll

Pay Period:  02/01/15 **to** 02/15/15
Check Date:  02/13/15     Check #:  906

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0550 | 2064.67 | 6194.02 |
| **NET PAY** | **2064.67** | **6194.02** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 2916.67 | | 8750.01 |
| **EARNINGS** | | | 2916.67 | | 8750.01 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 180.83 | 542.50 |
| Medicare | | 42.30 | 126.88 |
| Fed Income Tax | S 1 | 488.28 | 1464.84 |
| AL Income Tax | S 1 | 111.42 | 334.26 |
| AL BIRM Inc | | 29.17 | 87.51 |
| **TOTAL** | | 852.00 | 2555.99 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2064.67 | 6194.02 |

*Payrolls by Paychex, Inc.*

**0037 0037-K472**  Davis Norris LLP • 2154 Highland Avenue • Birmingham AL  35205 • (205) 776-8931

Case 15-70597-JHH7    Doc 4    Filed 04/27/15    Entered 04/27/15 10:59:14    Desc Main
Document    Page 4 of 4