# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–7 | User: crobey | Date Created: 9/14/2015 |
| Case: 15–70597–JHH7 | Form ID: b18 | Total: 24 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      World Omni Financial Corp., Its Successors and Assigns

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty      Nelson Allen      atty4115@bellsouth.net

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Dargan M. Ware | 208 Marklund Rd. | Sumiton, AL 35148 | |
| tr | Robert A. Morgan | 2200 Jack Warner Parkway, Ste 200 | Tuscaloosa, AL 35401 | |
| cr | Chrysler Capital | P.O. Box 961275 | Ft. Worth, TX 76161 | |
| smg | Rachel L. Webber | Tuscaloosa BA | 2005 University Blvd, Room 1300 | Tuscaloosa, AL 35401 |
| 8625646 | Amazon | PO Box 960013 | Orlando, FL 32896 | |
| 8625647 | Best Buy | PO Box 183195 | Columbus, OH 43218 | |
| 8625648 | Capital One | PO Box 30285 | Salt Lake City, UT 84130 | |
| 8625649 | Care Credit | PO Box 965052 | Orlando, FL 32896 | |
| 8625650 | Catherine's | PO Box 182118 | Columbus, OH 43218 | |
| 8625651 | Chrysler Capital | 1601 Elm St. Ste. 800 | Dallas, TX 75201 | |
| 8625652 | Citibank | PO Box 6077 | Sioux Falls, SD 57117 | |
| 8625653 | Great Lakes | 2401 International Lane | Madison, WI 53704 | |
| 8625655 | HRRG | PO Box 459080 | Sunrise, FL 33345 | |
| 8625654 | Heather Holtcamp, Esq. | 680 Hartford Dr. | Tuscaloosa, AL 35406 | |
| 8625656 | JC Penney | PO Box 965009 | Orlando, Florida 32896 | |
| 8625657 | Lane Bryant | PO Box 182119 | Columbus, OH 43218 | |
| 8625658 | Macy's | PO Box 8061 | Mason, OH 45040 | |
| 8625659 | Paypal | PO Box 5138 | Timmonium, Maryland 21094 | |
| 8625661 | SE Toyota | PO Box 70832 | Charlotte, North Carolina 28272 | |
| 8625660 | Sallie Mae | PO Box 8459 | Philadelphia, PA 19101 | |
| 8625662 | Wal–Mart | PO Box 530927 | Atlanta, Georgia 30353 | |
| 8625663 | Woman Within | PO Box 182118 | Columbus, OH 43219 | |

TOTAL: 22